IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Garcia Wilson, ) | C/A No.: 1:18-50-RMG-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Warden Willie Eagleton, Officer ) | |
| Lucas, Officer Cotton, Officer Sims, ) | |
| Officer Williamson, and Warden ) | |
| Donnie Stonebreaker, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on Defendants' motion [ECF No. 74] to depose Plaintiff pursuant to Fed. R. Civ. P. 30(a)(2)(B).

It appearing to the court that Defendants' request is reasonable and proper, Defendants' motion is granted. Defendants are permitted to depose Plaintiff.

IT IS SO ORDERED.

*Shiva V. Hodges*

March 15, 2019　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　United States Magistrate Judge